# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANG KIEN HUYNH,  | No. EDCV 09-1288-R(CW) |
|     Petitioner, | JUDGMENT |
|     v. | |
| JAMES WALKER (Warden), | |
|     Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:  November 1, 2013

_____
MANUEL L. REAL
United States District Judge